**Order entered August 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00226-CR

## MATTHEW JOSEPH ALLEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80447-2016**

## ORDER

Before the Court is appellant's pro se August 1, 2018 letter stating that appellant would like to withdraw his motion for en banc reconsideration. We will treat appellant's request as a motion to withdraw the motion for en banc reconsideration received by the Court on July 30, 2018 and will take no action on that motion.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE